SEALED

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
SEP 06 2017
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

IN THE MATTER OF A SEARCH OF: )
)
INFORMATION ASSOCIATED WITH )
FACEBOOK USER ID )
RICHIE.PRESTON94 THAT IS STORED )
AT PREMISES CONTROLLED BY )
FACEBOOK, INC.

Case No. 3:17-mj-00055

**UNDER SEAL**

**MOTION TO SEAL**

COMES NOW the United States of America through its attorney and requests that the accompanying Search and Seizure Warrant, the Application for Search and Seizure Warrant, the Search and Seizure Warrant Affidavit, the Inventory Return, this Motion to Seal, and Order to Seal be placed under seal of this Court for the following reasons:

1. The government states that the disclosure of the documents could alert suspects in a criminal investigation and/or hinder the government's efforts in the investigation by causing the flight of the target and/or confederates, as well as the destruction of evidence.

2. The government requests that the stated documents be placed under seal by this Court for a period of sixty (60) days.

Respectfully submitted,

RICK A. MOUNTCASTLE
Acting United States Attorney

Date: September 5, 2017

[signature]

Ronald M. Huber
Assistant United States Attorney
Va. Bar No. 31135
United States Attorney's Office
255 West Main Street
Charlottesville, Virginia 22902
Tel: (434) 293-4283

Fax: (434) 293-4910
Ron.Huber@usdoj.gov