## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID **Richie.preston94**, that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.